UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
AUG 28 2006
[signature] CLERK

******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 05-40101 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| BENJEMEN MOON; STEVEN CRAIG ALEXANDER; and KRISTEN LYNNE SCHULZ; | * | |
| Defendants. | * | |

******************************************************************

Counsel for Defendant Kristen Lynne Schulz has filed a Motion to Continue and Request for New Order Fixing Dates, Doc. 235, requesting an extension of the motions filing deadline, plea agreement deadline and trial date and the Government does not object to a continuance. After consideration of the file in this matter, the Court finds that failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and further that failure to grant the continuance would deny the public interest in bringing this case to trial in an orderly fashion. Further, the Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial. For all of those reasons as well as those set forth in the Motion to Continue,

IT IS ORDERED:

1. That the Defendant Kristen Lynn Schulz's Motion to Continue, Doc. 235, is granted in part and denied in part.

2. That a motion filing deadline was not scheduled in the Court's previous Order, the motion deadline having previously passed.

3. That September 19, 2006, is hereby set as the deadline for submission to the Court of any proposed plea agreement by any Defendant.

4. That all motions in limine shall be in writing and filed, together with proposed instructions, with the Court ten (10) working days before trial.

5. That the jury trial herein shall commence in Sioux Falls, South Dakota, on Tuesday, October 10, 2006, with counsel to be present for motions in limine at 9:00 A.M., and with the jury to report at 9:30 A.M.

6. That the period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense for the Defendant must commence, as the Court finds that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated this 28th day of August, 2006.

BY THE COURT:

*[signature]*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: *[signature]* Shelly Margulies
DEPUTY